IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL ACTION NO. 5:20-CR-00046-KDB-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | ORDER |
| JONATHAN COREY DANIEL, TIFFANY CHRISTMAS HIRANI, BRIAN DUANE MARTZ, THOMAS DEWAYNE SIMMONS JR, RUTH MARIE DUGGAR, MICHAEL JAMES NOTHEISEN, LOWELL THOMAS MESSER JR, SAMANTHA JEAN TAYLOR, and JASON KEITH REICHARD, | |
| Defendant, | |

**THIS MATTER IS BEFORE THE COURT** on its own motion and the motion of Defendant Jonathan Corey Daniel (Doc. No. 146) to continue this matter from the October 19, 2020 trial term. Pursuant to 18 U.S.C. § 3161(h)(7)(A), and for the reasons stated in the Motion, the Court finds the ends of justice served by continuance outweigh the interest of the public and Defendant to a speedy trial.

The Court further finds that the other Defendants' cases are "joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted," 18 U.S.C. § 3161(h)(6), and that failure to continue this matter would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i). The Court further finds that the ends of justice served by

taking such action outweigh the best interest of the public and Defendants to a speedy trial.

**IT IS THEREFORE ORDERED** that trial of this matter be scheduled for the next term of court. The Clerk is directed to certify copies of this Order to Defendants, Counsel for Defendants, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

**SO ORDERED.**

Signed: September 29, 2020

Kenneth D. Bell
United States District Judge